USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 2 6 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

-v-                                                                    13 Cr. 908 (AJN)

ZAMAN MAHABUB et al.,                                          ORDER

                Defendants.

-------------------------------------------------------------- X

ALISON J. NATHAN, District Judge:

    All parties are hereby notified that the status conference in this matter currently set for Friday, March 7, 2014 at 11:30 AM will take place in Courtroom 318 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated: February 26, 2014
       New York, New York

_____
ALISON J. NATHAN
United States District Judge