**WINSTON LEE**
**ATTORNEY AT LAW**
**20 VESEY STREET ~ SUITE 400**
**NEW YORK, NEW YORK 10007**

**Tel. (212)267-1911**
**Fax. (212)964-2926**

July 31, 2014

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

              Re:    United States v. Mohammed Sheikh ISLAM
                      aka Tajul ISLAM
                      aka FNU LNU
                      13 Cr. 908 (AJN)

Dear Judge Nathan:

       I write as counsel for defendant Mohamed Sheikh Islam, and with the consent of the Government, to request an adjournment of Mr. Islam's sentencing, currently scheduled for August 14, 2014. This is defendant's first request for an adjournment of sentencing.

       I am requesting an adjournment because an important personal commitment, for which I have already purchased plane tickets, requires me to be out of town from August 14 through August 18, 2014.

       After conferring with chambers and Assistant U.S. Attorney Lisa P. Korologos, I understand that August 20 and August 21 are dates that are convenient for the Court and all parties.

       Accordingly, I request that the sentencing for Mohamed Sheik Islam be adjourned to the new date of August 20 or August 21, 2014, at a time that is convenient for the Court.

                                                                  Respectfully yours,

                                                                  /s/
                                                              WINSTON LEE