USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 5 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Tajul Islam,

                Defendant.

Order of Restitution

13 Cr. 908 (AJN)

      Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Lisa P. Korologos, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Indictment; the defendant's sentencing, the Judgment of Conviction; and all other proceedings in this case, it is hereby ORDERED that:

      **1. Amount of Restitution.** Tajul Islam, the Defendant, shall pay restitution in the total amount of $199,373 to the victims of the offenses charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

      **2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

09.10.2013

**3. Sealing.** Consistent with Federal Rule of Criminal Procedure 49.1, the Schedule of Victims attached hereto does not need to be filed under seal because the victims are corporate entities.

Dated: New York, New York
February 5, 2015
March

_____
ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Tajul Islam,

                Defendant.

Schedule of Victims

13 Cr. 908 (AJN)

| Name | Contact Information | Amount of Restitution |
|---|---|---|
| TD BANK | 324 South Service Road, Melville NY 11747 | $6,591 |
| BANK OF AMERICA | Bank of America NY3-222-12-08<br>222 Broadway<br>New York, NY 10038<br>Attn: Marisol DeLeon, CFE | $64,883 |
| JP MORGAN CHASE BANK | Restitution Dept<br>PO Box 710988<br>Columbus, OH 43271 | $57,473 |
| PNC BANK | 201 Penn Avenue<br>Scranton, PA 18503 | $59,540 |
| CITIZENS BANK | 1 Citizens Drive<br>Mail Stop ROP-210<br>Riverside, RI 02915 | $10,886 |
| **Total** | | $199,373 |

09.10.2013